FILED

2023 FEB -7 AM 10: 05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: VaJ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>v.<br>Cindy Chen aka Ying Chen<br>USMS# ______ DEFENDANT | CASE NUMBER: 23-MJ-00545 - 3<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 02/07/2023 at 9am ☒ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:

   18 USC 371 and 1001: Conspiracy to defraud the USA; and False Statements to the SBA
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☐ No ☐ Yes Language: ______
7. Year of Birth: 1968
8. Defendant has retained counsel: ☐ No

   ☒ Yes Name: Caleb Mason Phone Number: ______
9. Name of Pretrial Services Officer notified: ______
10. Remarks (if any): ______
11. Name: Billie Bender (please print)
12. Office Phone Number: 310-409-8005
13. Agency: FBI
14. Signature: [signature]
15. Date: 02/07/2023